IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHNIQUA ROBERSON,

     Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC,

     Defendant.

CIVIL ACTION NO.
1:25-cv-03565-SDG-RDC

## ORDER

The parties have settled their dispute. (Doc. 23). They are **ORDERED** to file appropriate dismissal documents within **60 DAYS** of this Order. In the meantime, the undersigned **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case and to terminate the referral.[1]

IT IS SO **ORDERED** on this 17th day of December 2025.

REGINA D. CANNON
United States Magistrate Judge

---

[1] Administrative closure will not prejudice the parties' rights, and they may file a motion to re-open if settlement fails.